UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-53416-WLH |
| | ) | |
| Carolyn Rowell, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR AN EXPEDITED HEARING ON MOTION TO IMPOSE AUTOMATIC STAY

Debtor hereby move this Court pursuant to Bankruptcy Rule 9006, for an expedited hearing on the Debtor's Motion to Impose the Automatic Stay, respectfully stating:

1.

Debtors request, on an expedited basis, a hearing on the Motion to Impose the Automatic Stay filed on April 25, 2016. (Doc. 18).

**WHEREFORE,** Debtor respectfully requests that this Court grant this relief and allow for an expedited hearing on the Debtor's Motion to Impose the Automatic Stay, and seeks an Order from the Court as follows:

a) Approving Debtor's Motion for an Expedited Hearing on Motion to Impose the Automatic Stay; and

b) For such relief as this Court may deem just and appropriate.

This 25th day of April, 2016.

Respectfully Submitted,

/s/_____
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

CERTIFICATE OF SERVICE

I, Dan Saeger, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Motion for an Expedited Hearing** by electronic mail, facsimile, or overnight mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Nancy J. Whaley
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Carolyn Rowell
1811 Grove Way
Hampton, GA 30228-4026

And all creditors in the attached Matrix.

This 25th day of April, 2016.

/s/_____
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing          AT&T                                     American Credit Bureau
113E-1                                   c/o Bankruptcy                           PO Box 4545
Case 16-53416-wlh                        1801 Valley View Ln                      Boynton Beach, FL  33424-4545
Northern District of Georgia             Farmers Branch, TX  75234-8906
Atlanta
Tue Mar 22 17:12:23 EDT 2016

American InfoSource LP                   (p)APPROVED CREDIT SOLUTIONS             Credit Collection Services
PO Box 268941                            704 S STATE RD 135                       2 Wells Ave
Oklahoma City, OK  73126-8941            SUITE D328                               Newton, MA 02459-3246
                                         GREENWOOD IN 46143-6561


Danco Financial                          DentFirst Dental Care                    Dr. Pran Saod
PO Box 888                               6568 Tara Blvd                           1287 Spur 138
Mableton, GA  30126-0888                 Jonesboro, GA  30236-1228                Jonesboro, GA  30236-2419


Dunlap Fardner LLP                       Enhanced Recovery Company                First Premier Bank
3009 Chapel Hill Rd Ste B                PO Box 57547                             3820 N Louise Ave
Douglasville, GA  30135-1777             Jacksonville, FL  32241-7547             Sioux Falls, SD  57107-0145


(p)GEORGIA DEPARTMENT OF REVENUE         Henry Medical                            IC System Collections
COMPLIANCE DIVISION                      1133 Eagles Landing Pkwy                 PO Box 64378
ARCS BANKRUPTCY                          Stockbridge, GA 30281-5099               Saint Paul, MN  55164-0378
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

(p)INTERNAL REVENUE SERVICE              (p)JEFFERSON CAPITAL SYSTEMS LLC         Jena Mae
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 7999                              PO Box 972
PO BOX 7346                              SAINT CLOUD MN 56302-7999                Greenwood, IN  46142-0972
PHILADELPHIA PA 19101-7346


Key Properties Realty                    Main Street Acquisition                  Marauder Corporation
1350 Wooten Lake Rd NW Ste 301           7473 W Lake Mead Blvd # 216              74923 US Highway 111
Kennesaw, GA  30144-1348                 Las Vegas, NV  89128-0265                Indian Wells, CA  92210-7134


Midland Funding, LLC                     NCO Financial System, Inc                P.C. & Co Auto Sales Inc.
8875 Aero Dr Ste 200                     507 Prudential Rd                        7485 Tara Blvd
San Diego, CA  92123-2255                Horsham, PA 19044-2368                   Jonesboro, GA  30236-1905


Robert Rickman                           Carolyn Rowell                           Sallie Mae Inc.
Rickman & Associates, PC                 1811 Grove Way                           PO Box 9430
Suite 200                                Hampton, GA 30228-4026                   Wilkes Barre, PA  18773-9430
1755 North Brown Road
Lawrenceville, GA  30043-8196


Santander Consumer USA                   (c)SOUTHERN REGIONAL HOSPITAL            U. S. Attorney
PO Box 961245                            11 UPPER RIVERDALE RD SW                 600 Richard B. Russell Bldg.
Fort Worth, TX  76161-0244               RIVERDALE GA  30274-2600                 75 Ted Turner Drive, SW
                                                                                  Atlanta GA 30303-3315
```

```
UHaul                              United Auto Acceptance           Wells Fargo
7308 Tara Blvd                     PO Box 450849                    PO Box 5058
Jonesboro, GA  30236-1904          Atlanta, GA  31145-0849           Portland, OR  97208-5058



Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Approved Credit Solutions          Georgia Department of Revenue    Internal Revenue Service
704 S State Road 135 Ste D328      1800 Century Blvd NE              Attn: Centralized Insolvency Operation
Greenwood, IN  46143-6561          Atlanta, GA  30345-3202           PO Box 21126
                                                                     Philadelphia, PA  19114-0326


Jefferson Capital Systems, LLC
PO Box 953185
Saint Louis, MO  63195-3185
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Southern Regional Hospital         End of Label Matrix
11 Upper Riverdale Rd SE           Mailable recipients    33
Riverdale, GA  30274-2623          Bypassed recipients     0
                                   Total                  33
```